## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Algie R. Neal,

        Plaintiff,                              Civil No. 04-2985 (RHK/JSM)

vs.

                                              **ORDER**

Eniva Corporation,

        Defendant.

Plaintiff's Request for Extension to Summary Judgment Motion (Doc. No. 57) to June 8, 2005 is **GRANTED**.

Dated: June 2, 2005

                                                        s/Richard H. Kyle
                                                        RICHARD H. KYLE
                                                        United States District Judge