## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Algie R. Neal,

        Plaintiff,                              Civil No. 04-2985 (RHK/JSM)

vs.

                                                        **ORDER**

Eniva Corporation,

        Defendant.

Having reviewed the written submissions of the parties, the Court has concluded that oral argument will not materially assist the Court in ruling on Defendant's Motion for Summary Judgment.

Accordingly, the July 1, 2005, hearing is **CANCELED** and the Motion for Summary Judgment is deemed submitted for decision based upon the written record now before the Court.

Dated: June 24, 2005

                                                              s/Richard H. Kyle  
                                                              RICHARD H. KYLE  
                                                              United States District Judge